IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAMERON REED, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ALN MEDICAL MANAGEMENT LLC, and BETHANY MEDICAL CLINIC OF NEW YORK, PLLC,<br><br>Defendants. | 4:25CV3067<br><br>**DISMISSAL ORDER** |

Pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Filing No. 13), Plaintiff's claims against Defendant Bethany Medical Center, P.A. are dismissed without prejudice.

Dated this 18th day of April, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge