IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re ALN Medical Management LLC Data Incident Litigation, | ) ) ) ) | CASE NO. 4:25-cv-3067<br><br>ENTRY OF APPEARANCE |

COMES NOW Vincent M. Powers and hereby enters his appearance on behalf of the Plaintiffs in the above captioned matter.

June 17, 2025                                    /s/ Vincent M. Powers

Vincent M. Powers #15866
POWERS LAW
411 South 13th Street, Suite 300
Lincoln, NE 68508
402-474-8000
powerslaw@me.com