IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| *In re ALN Medical Management LLC Data Incident Litigation* | Case No. 4:25-cv-03067-SMB-MDN |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey S. Goldenberg of Goldenberg Schneider, LPA hereby enters an appearance in this matter as counsel of record for Plaintiffs Cameron Reed, Eugene Rosenberg, Lauren Mullis, Jeffrey Judka, Virginia Gilleland, Robert Meyers, Caroline Hurley, and Timothy Keggins, individually and on behalf of all others similarly situated.

Dated: June 25, 2025                              Respectfully submitted,

/s/Jeffrey S. Goldenberg
Jeffrey S. Goldenberg
Goldenberg, Schneider, L.P.A.
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Tel: (513) 345-8297
Email: jgoldenberg@gs-legal.com

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                            */s/ Jeffrey S. Goldenberg*
                                                            Jeffrey S. Goldenberg