# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**In re ALN Medical Management LLC**
**Data Incident Litigation**

**4:25CV3067**

**ORDER**

      Counsel for the parties have filed a Joint Notice of Settlement and Request for Stay (Filing No. 50), advising the Court that Plaintiffs have reached a settlement in principle to resolve this matter on a class-wide basis, excluding Defendant Long View Systems Corporation (USA). The parties request the Court stay pending deadlines as to the settling defendants, and to set a deadline for filing a motion for preliminary approval of their class action settlement. Accordingly,

    **IT IS ORDERED:**

1. On or before **November 7, 2025**, the settling parties shall electronically file a joint motion for preliminary approval of the class action settlement;

2. All other pending deadlines as to the settling parties are stayed;

3. This case and all applicable deadlines shall remain pending as to Defendant Long View Systems Corporation (USA).

Dated this 7th day of August, 2025.

                                           BY THE COURT:

                                           s/Michael D. Nelson
                                           United States Magistrate Judge