**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN RE: ALN MEDICAL MANAGEMENT LLC DATA INCIDENT LITIGATION | Case No. 4:25-cv-03067-SMB-MDN<br><br>**DECLARATION OF TARA TRAPANI OF KROLL SETTLEMENT ADMINISTRATION LLC RE CLASS ACTION FAIRNESS ACT NOTICE** |

I, Tara Trapani, declare as follows:

## INTRODUCTION

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed to denote compliance with Class Action Fairness Act ("CAFA") requirements.

2. Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities fraud, labor and employment, consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 3,000 cases.

## CAFA NOTICE

3. Kroll was engaged by Defendant ALN's Counsel to provide notice of the proposed Settlement pursuant to the Class Action Fairness Act, 28 U.S.C. §1715(b) on behalf of Defendant ALN, as well as the other Named Defendants who are Released Parties pursuant to the Settlement Agreement, i.e., Health Prime International, LLC, Allied Physicians Group, PLLC, Bethany

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement entered into in this Action.

Medical Clinic of New York, PLLC, Hoag Clinic, and National Spine and Pain Centers, LLC (collectively, "Defendants").

4. On behalf of Defendants, on October 17, 2025, Kroll sent the CAFA Notice, a true and correct copy of which is attached hereto as **Exhibit A**, via first-class certified mail, to (a) the Attorney General of the United States, (b) the fifty-three (53) state and territorial Attorneys General identified in the service list for the CAFA Notice, attached hereto as **Exhibit B**,[2] and (c) via email to three (3) state Attorneys General as identified as email preferred. The CAFA Notice directed the Attorneys General to the website www.CAFANotice.com, a site that contains all the documents relating to the Settlement referenced in the CAFA Notice.

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on December 12, 2025, Port Washington, New York.

Tara Trapani

TARA TRAPANI

[2] Due to a word processing error, the names and address of four (4) state Attorneys Generals (Washington, West Virginia, Wisconsin, and Wyoming) were inadvertently left off of the service list that was attached to the CAFA Notice. These four Attorneys General were nonetheless included in the certified mailing on October 17, 2025, as denoted in the certified mailing receipt, attached hereto as **Exhibit C**.

# Exhibit A

KROLL
SETTLEMENT ADMINISTRATION

VIA U.S. MAIL

Date: October 17, 2025

To: All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
(*see attached service list*)

Re: CAFA Notice for the proposed Settlement *In Re: ALN Medical Management LLC Data Incident Litigation*, Case No. 4:25CV3067, pending in the United States District Court for the District of Nebraska

Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Defendant ALN ("Defendant") hereby notifies you of the proposed settlement of the above-captioned action (the "Action"), currently pending in the United States District Court for the District of Nebraska (the "Court").

Eight items must be provided to you in connection with any proposed class action settlement pursuant to 28 U.S.C. § 1715(b). Each of these items is addressed below, and all exhibits are available for download at www.CAFANotice.com under the folder entitled *In Re: ALN Medical Management LLC Data Incident Litigation*:

1. 28 U.S.C. § 1715(b)(l) – a copy of the complaint and any materials filed with the complaint and any amended complaints.

   The Class Action Complaint and the Consolidated Amended Complaint are available as **Exhibit A** and **A1,** respectively.

2. 28 U.S.C. § 1715(b)(2) – notice of any scheduled judicial hearing in the class action.

   On October 7, 2025, Plaintiffs filed a motion for preliminary approval of the class action settlement, and the date of the preliminary approval hearing has not yet been set. The Court has not yet scheduled the Final Approval Hearing for this matter. The proposed Preliminary Approval Order is available as **Exhibit B**.

3. 28 U.S.C. § 1715(b)(3) – any proposed or final notification to class members.

   Copies of the proposed Email Notice, Long Form Notice, and Postcard Notice will be provided to Settlement Class Members and will be available on the Settlement Website created for the administration of this matter. These are available as **Exhibits C**, **D**, and **E**, respectively. The Email Notice, Long Form Notice, and

Postcard Notice describe, among other things, the Claim Process and the Settlement Class Members' rights to object or exclude themselves from the Settlement Class.

4. 28 U.S.C. § 1715(b)(4) – any proposed or final class action settlement.

   The Settlement Agreement is available as **Exhibit F**.

5. 28 U.S.C. § 1715(b)(5) – any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.

   There are no other settlements or other agreements between Class Counsel and counsel for Defendant beyond what is set forth in the Settlement Agreement.

6. 28 U.S.C. § 1715(b)(6) – any final judgment or notice of dismissal.

   The Court has not yet entered a final judgment or notice of dismissal. Accordingly, no such document is presently available.

7. 28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

   The definition of the Settlement Class in the proposed Settlement Agreement means all living individuals residing in the United States who were sent a notice of the Data Incident indicating their Private Information may have been impacted in the Data Incident. Excluded from the Settlement Class are: (1) all persons who are parents, subsidiaries, directors, officers, members, and agents of Defendant ALN, and any entity in which Defendant has a controlling interest; (2) governmental entities; (3) the Judge assigned to the Action, that Judge's immediate family, and Court staff; (4) all individuals who timely opt-out of the Settlement; and (5) any person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding or abetting the criminal activity occurrence of the Data Incident, or who pleads nolo contendere to any such charge.

   An estimated breakdown by state for known Settlement Class Members is available as **Exhibit G**. The proportionate share of the settlement amount that each Settlement Class Member is eligible to receive is dependent upon certain matters to be determined by the Court at the Final Approval Hearing (including, for example, the amount of the attorneys' fees and litigation costs, if any, to award to Class Counsel and the amount of any Service Award to the Class Representatives), whether certain Settlement Class Members cannot be located, and certain other matters that will not be known until the time of the Final Approval Hearing (including, for example, the number of putative class members that request exclusion from the Action).

8. 28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).

There has been no written judicial opinion. Accordingly, no such document is presently available.

If you have any questions about this notice, the Action, or the materials available for download at www.CAFANotice.com under the folder entitled *In Re: ALN Medical Management LLC Data Incident Litigation*, please contact the undersigned below.

Respectfully submitted,

Jeffrey A. Gallo
Senior Manager
Jeff.Gallo@kroll.com

# Exhibit B

## CAFA NOTICE SERVICE LIST

**U.S. Attorney General**
Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Fainu'ulelei Falefatu Ala'ilima-Utu
Executive Office Building, Utulei
3rd FL, PO Box 7
Utulei, AS 96799

**Arizona Attorney General**
Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Tim Griffin
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
CAFA Coordinator
Office of the Attorney General
Consumer Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106
*AG.CAFA@CT.GOV

*Preferred

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**District of Columbia Attorney General**
Brian Schwalb
400 6th Street NW
Washington, D.C. 20001

**Florida Attorney General**
James Uthmeier
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Douglas Moylan
Office of the Attorney General ITC Building
590 S. Marine Corps Dr, Ste 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Anne E. Lopez
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Raúl Labrador
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
302 West Washington St., 5th Fl.
Indianapolis, IN 46204

**Iowa Attorney General**
Brenna Bird
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Kris Kobach
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Russell Coleman
700 Capital Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Liz Murrill
1885 North Third St
Baton Rouge, LA 70802

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Office of Massachusetts Attorney General
Andrea Joy Campbell
ATTN: CAFA Coordinator/General
Counsel's Office
One Ashburton Place
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
445 Minnesota St, Suite 600
St. Paul, MN 55101

**Mississippi Attorney General**
Lynn Fitch
Department of Justice, P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Andrew Bailey
Supreme Ct. Bldg., 207 W. High St.
P.O. Box 899
Jefferson City, MO 65101

**Montana Attorney General**
Austin Knudsen
Office of the Attorney General, Justice Bldg.
215 N. Sanders St., Third Floor
P.O. Box 201401
Helena, MT 59620

**Nebraska Attorney General**
Mike Hilgers
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
CAFA Coordinator
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 N. Carson Street
Carson City, NV 89701
* NVAGCAFAnotices@ag.nv.gov

* Preferred

**New Hampshire Attorney General**
John Formella
33 Capitol Street
Concord, NH 03301

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Raul Torrez
P.O. Drawer 1508
Santa Fe, NM 87504-1508

**New York Attorney General**
Letitia A. James
CAFA Coordinator
Office of the New York State Attorney General
28 Liberty Street, 15th Floor
New York NY 10005
* CAFA.Notices@ag.ny.gov

* Preferred

**North Carolina Attorney General**
Jeff Jackson
Dept. of Justice, P.O. Box 629
Raleigh, NC 27602-0629

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Northern Mariana Islands Attorney General**
Edward E. Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215

**Oklahoma Attorney General**
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Dan Rayfield
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Dave Sunday
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Janet Parra-Mercado
P.O. Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211

**South Dakota Attorney General**
Marty Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Jonathan Skrmetti
PO Box 20207
Nashville, TN 37202

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Gordon C. Rhea
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Derek Brown
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

**Vermont Attorney General**
Charity R. Clark
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

200 W. 24th Street
109 State Capitol
Cheyenne, WY 82002

# Exhibit C

**CMSI/PS FORM 3877**
**Flats 9 x 12**

**Mailer's Name and Address**
Kroll Settlement Administration
PO Box 225391
New York NY 10150-5391

**CMSI Manifest**
**Date:** 10/17/25
**Time:** 13:13:54
**Number:** 2006023

| DUNS No. Article No. | Addressee Name Delivery Address | Wt. oz. | ZIP/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| 9314800113000190719463 SEQ# 00000001 | ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>P O BOX 300152<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36104-4304 | 2.00 | 361 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719470 SEQ# 00000002 | ALASKA ATTORNEY GENERAL<br>TREG TAYLOR<br>1031 W 4TH AVE STE 200<br>ANCHORAGE AK 99501-1994 | 2.00 | 995 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719487 SEQ# 00000003 | ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-1545 | 2.00 | 850 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719494 SEQ# 00000004 | ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CENTER ST STE 200<br>LITTLE ROCK AR 72201-2610 | 2.00 | 722 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719500 SEQ# 00000005 | CALIFORNIA ATTORNEY GENERAL<br>CAFA COORDINATOR<br>OFFICE OF THE ATTORNEY GENERAL, CONSUMER PROTECTIO<br>455 GOLDEN GATE AVE STE 11000<br>SAN FRANCISCO CA 94102-7020 | 2.00 | 941 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |

| | Pieces | Postage | Certified | Return Receipt | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| **Page Totals** | 5 | $9.50 | $26.50 | $14.10 | $0.00 | $50.10 |
| **Cumulative Page Totals:** | 5 | $9.50 | $26.50 | $14.10 | $0.00 | $50.10 |
| **Manifest Totals:** | 54 | $102.60 | $286.20 | $152.28 | $0.00 | $541.08 |

**Total Number of Received:** 54

**USPS CERTIFICATION**

BUSH TERMINAL STA
BROOKLYN NY 11232
2025

**Signature of USPS Receiving Employee**

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2025 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

**Place Round Stamp Here**

**Mailer's Name and Address**
Kroll Settlement Administration
PO Box 225391
New York NY 10150-5391

**CMSI/PS FORM 3877**
**Flats 9 x 12**

**CMSI Manifest**
**Date:** 10/17/25
**Time:** 13:13:54
**Number:** 2006023

| DUNS No. Article No. | Addressee Name Delivery Address | Wt. oz. | ZIP/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| 9314800113000190719517 SEQ# 00000006 | COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CENTER<br>1300 N BROADWAY FL 10<br>DENVER CO 80203-2104 | 2.00 | 802 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719524 SEQ# 00000007 | DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST<br>WILMINGTON DE 19801-3509 | 2.00 | 198 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719531 SEQ# 00000008 | DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001-0189 | 2.00 | 200 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719548 SEQ# 00000009 | FLORIDA ATTORNEY GENERAL<br>JAMES UTHMEIER<br>THE CAPITOL, PL 01<br>OFFICE OF THE ATTORNEY GENERAL<br>TALLAHASSEE FL 32399-0001 | 2.00 | 323 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719555 SEQ# 00000010 | GEORGIA ATTORNEY GENERAL<br>CHRIS CARR<br>40 CAPITOL SQ SW<br>ATLANTA GA 30334-9057 | 2.00 | 303 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |

| | Pieces | Postage | Certified | Return Receipt | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| **Page Totals** | 5 | $9.50 | $26.50 | $14.10 | $0.00 | $50.10 |
| **Cumulative Page Totals:** | 10 | $19.00 | $53.00 | $28.20 | $0.00 | $100.20 |
| **Manifest Totals:** | 54 | $102.60 | $286.20 | $152.28 | $0.00 | $541.08 |

BUSH TERMINAL STA
BROOKLYN NY 11232

**Total Number of Received:** 54

**USPS CERTIFICATION**

**Signature of USPS Receiving Employee**

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2025 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

**Place Round Stamp Here**

**CMSI/PS FORM 3877**
**Flats 9 x 12**

**Mailer's Name and Address**
Kroll Settlement Administration
PO Box 225391
New York NY 10150-5391

**CMSI Manifest**

**Date:** 10/17/25
**Time:** 13:13:54
**Number:** 2006023

| DUNS No. Article No. | Addressee Name Delivery Address | Wt. oz. | ZIP/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| 9314800113000190719562 SEQ# 00000011 | HAWAII ATTORNEY GENERAL ANNE E. LOPEZ 425 QUEEN ST HONOLULU HI 96813-2903 | 2.00 | 968 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719579 SEQ# 00000012 | IDAHO ATTORNEY GENERAL RAUL LABRADOR P O BOX 83720 700 W JEFFERSON ST STE 210 BOISE ID 83720-0001 | 2.00 | 837 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719586 SEQ# 00000013 | ILLINOIS ATTORNEY GENERAL KWAME RAOUL JAMES R THOMPSON CTR 100 W RANDOLPH ST STE 1200 CHICAGO IL 60601-3271 | 2.00 | 606 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719593 SEQ# 00000014 | INDIANA ATTORNEY GENERAL TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH - 5TH FLOOR 302 W WASHINGTON ST RM 5 INDIANAPOLIS IN 46204-4701 | 2.00 | 462 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719609 SEQ# 00000015 | IOWA ATTORNEY GENERAL BRENNA BIRD HOOVER STATE OFFICE BUILDING 1305 E WALNUT ST DES MOINES IA 50319-0106 | 2.00 | 503 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |

| | Pieces | Postage | Certified | Return Receipt | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| **Page Totals** | 5 | $9.50 | $26.50 | $14.10 | $0.00 | $50.10 |
| **Cumulative Page Totals:** | 15 | $28.50 | $79.50 | $42.30 | $0.00 | $150.30 |
| **Manifest Totals:** | 54 | $102.60 | $286.20 | $152.28 | $0.00 | $541.08 |

BUSH TERMINAL STA BROOKLYN NY 11232

**Total Number of Received:** 54

**USPS CERTIFICATION**

**Signature of USPS Receiving Employee**

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2025 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

**Place Round Stamp Here**

**Mailer's Name and Address**
Kroll Settlement Administration
PO Box 225391
New York NY 10150-5391

**CMSI/PS FORM 3877**
**Flats 9 x 12**

**CMSI Manifest**
**Date:** 10/17/25
**Time:** 13:13:54
**Number:** 2006023

| DUNS No. / Article No. | Addressee Name / Delivery Address | Wt. oz. | ZIP/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| 9314800113000190719616<br>SEQ# 00000016 | KANSAS ATTORNEY GENERAL<br>KRIS KOBACH<br>120 SW 10TH AVE FL 2<br>TOPEKA KS 66612-1237 | 2.00 | 666 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719623<br>SEQ# 00000017 | KENTUCKY ATTORNEY GENERAL<br>RUSSEL COLEMAN<br>CAPITOL BUILDING,<br>700 CAPITAL AVE RM 118<br>FRANKFORT KY 40601-3458 | 2.00 | 406 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719630<br>SEQ# 00000018 | LOUISIANA ATTORNEY GENERAL<br>LIZ MURRILL<br>1885 N 3RD ST<br>BATON ROUGE LA 70802-5146 | 2.00 | 708 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719647<br>SEQ# 00000019 | MAINE ATTORNEY GENERAL<br>AARON FREY<br>1 STATE HOUSE STA # 6<br>AUGUSTA ME 04333-0001 | 2.00 | 043 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719654<br>SEQ# 00000020 | MARYLAND ATTORNEY GENERAL<br>ANTHONY G. BROWN<br>200 SAINT PAUL PL<br>BALTIMORE MD 21202-5994 | 2.00 | 212 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |

BUSH TERMINAL STA
BROOKLYN NY 11232

| | Pieces | Postage | Certified | Return Receipt | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| **Page Totals** | 5 | $9.50 | $26.50 | $14.10 | $0.00 | $50.10 |
| **Cumulative Page Totals:** | 20 | $38.00 | $106.00 | $56.40 | $0.00 | $200.40 |
| **Manifest Totals:** | 54 | $102.60 | $286.20 | $152.28 | $0.00 | $541.08 |

**Total Number of Received:** 54

**USPS CERTIFICATION**

**Signature of USPS Receiving Employee**

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2025 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

**Place Round Stamp Here**

**CMSI/PS FORM 3877**
**Flats 9 x 12**

**Mailer's Name and Address**
Kroll Settlement Administration
PO Box 225391
New York NY 10150-5391

**CMSI Manifest**

| | |
|---|---|
| **Date:** | **10/17/25** |
| **Time:** | **13:13:54** |
| **Number:** | **2006023** |

| DUNS No. Article No. | Addressee Name Delivery Address | Wt. oz. | ZIP/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| 9314800113000190719661 SEQ# 00000021 | MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA CAMPBELL<br>OFFICE OF MASSACHUSETTS ATTORNEY GENERAL, ATTN: CA<br>1 ASHBURTON PL<br>BOSTON MA 02108-1518 | 2.00 | 021 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719678 SEQ# 00000022 | MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>525 W OTTAWA ST<br>PO BOX 30212<br>LANSING MI 48909-7712 | 2.00 | 489 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719685 SEQ# 00000023 | MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>445 MINNESOTA ST STE 600<br>SAINT PAUL MN 55101-2125 | 2.00 | 551 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719692 SEQ# 00000024 | MISSISSIPPI ATTORNEY GENERAL<br>LYNN FITCH<br>DEPARTMENT OF JUSTICE<br>PO BOX 220<br>JACKSON MS 39205-0220 | 2.00 | 392 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719708 SEQ# 00000025 | Missouri Attorney General<br>Andrew Bailey<br>207 W. High St. P.O. Box 899<br>Supreme Ct. Bldg.<br>Jefferson City MO 65101 | 2.00 | 651 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |

BUSH TERMINAL STA
BROOKLYN NY

| | Pieces | Postage | Certified | Return Receipt | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| **Page Totals** | **5** | **$9.50** | **$26.50** | **$14.10** | **$0.00** | **$50.10** |
| **Cumulative Page Totals:** | **25** | **$47.50** | **$132.50** | **$70.50** | **$0.00** | **$250.50** |
| **Manifest Totals:** | **54** | **$102.60** | **$286.20** | **$152.28** | **$0.00** | **$541.08** |

**Total Number of Received:** **54**

**USPS CERTIFICATION**

**Signature of USPS Receiving Employee**

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2025 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

**Place Round Stamp Here**

**Mailer's Name and Address**
Kroll Settlement Administration
PO Box 225391
New York NY 10150-5391

**CMSI/PS FORM 3877**
**Flats 9 x 12**

**CMSI Manifest**
**Date:** 10/17/25
**Time:** 13:13:54
**Number:** 2006023

| DUNS No. | Article No. | Addressee Name Delivery Address | Wt. oz. | ZIP/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|
| | 9314800113000190719715 SEQ# 00000026 | MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>OFFICE OF THE ATTORNEY GENERAL, JUSTICE BLDG , THI<br>PO BOX 201401<br>HELENA MT 59620-1401 | 2.00 | 596 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| | 9314800113000190719722 SEQ# 00000027 | Nebraksa Attorney General<br>Mike Hilgers<br>P.O. Box 98920<br>2115 State Capitol<br>Lincoln NE 68509 | 2.00 | 685 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| | 9314800113000190719739 SEQ# 00000028 | NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>33 CAPITOL ST<br>CONCORD NH 03301-6317 | 2.00 | 033 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| | 9314800113000190719746 SEQ# 00000029 | NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J. PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>PO BOX 80<br>TRENTON NJ 08625-0080 | 2.00 | 086 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| | 9314800113000190719753 SEQ# 00000030 | NEW MEXICO ATTORNEY GENERAL<br>RAUL TORREZ<br>PO BOX 1508<br>SANTA FE NM 87504-1508 | 2.00 | 875 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |

BUSH TERMINAL STA
BROOKLYN NY 11232

| | Pieces | Postage | Certified | Return Receipt | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| **Page Totals** | 5 | $9.50 | $26.50 | $14.10 | $0.00 | $50.10 |
| **Cumulative Page Totals:** | 30 | $57.00 | $159.00 | $84.60 | $0.00 | $300.60 |
| **Manifest Totals:** | 54 | $102.60 | $286.20 | $152.28 | $0.00 | $541.08 |

**Total Number of Received:** 54

**USPS CERTIFICATION**

**Signature of USPS Receiving Employee**

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2025 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

**Place Round Stamp Here**

**Mailer's Name and Address**
Kroll Settlement Administration
PO Box 225391
New York NY 10150-5391

**CMSI/PS FORM 3877**
**Flats 9 x 12**

**CMSI Manifest**

| | |
|---|---|
| **Date:** | **10/17/25** |
| **Time:** | **13:13:54** |
| **Number:** | **2006023** |

| DUNS No. Article No. | Addressee Name Delivery Address | Wt. oz. | ZIP/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| 9314800113000190719760 SEQ# 00000031 | NORTH CAROLINA ATTORNEY GENERAL<br>JEFF JACKSON<br>PO BOX 629<br>RALEIGH NC 27602-0629 | 2.00 | 276 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719777 SEQ# 00000032 | NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>STATE CAPITOL<br>600 E BOULEVARD AVE<br>BISMARCK ND 58505-0601 | 2.00 | 585 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719784 SEQ# 00000033 | OHIO ATTORNEY GENERAL<br>DAVE YOST<br>STATE OFFICE TOWER<br>30 E BROAD ST FL 14<br>COLUMBUS OH 43215-3414 | 2.00 | 432 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719791 SEQ# 00000034 | OKLAHOMA ATTORNEY GENERAL<br>GENTNER DRUMMOND<br>313 NE 21ST ST<br>OKLAHOMA CITY OK 73105-3207 | 2.00 | 731 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719807 SEQ# 00000035 | OREGON ATTORNEY GENERAL<br>DAN RAYFIELD<br>OREGON DEPARTMENT OF JUSTICE<br>1162 COURT ST NE<br>SALEM OR 97301-4095 | 2.00 | 973 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |

| | Pieces | Postage | Certified | Return Receipt | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| **Page Totals** | 5 | $9.50 | $26.50 | $14.10 | $0.00 | $50.10 |
| **Cumulative Page Totals:** | 35 | $66.50 | $185.50 | $98.70 | $0.00 | $350.70 |
| **Manifest Totals:** | 54 | $102.60 | $286.20 | $152.28 | $0.00 | $541.08 |

**Total Number of Received:** 54

BROOKLYN NY 11232
BUSH TERMINAL STA

**USPS CERTIFICATION**

**Signature of USPS Receiving Employee**

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2025 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

**Place Round Stamp Here**

**Mailer's Name and Address**
Kroll Settlement Administration
PO Box 225391
New York NY 10150-5391

**CMSI/PS FORM 3877**
**Flats 9 x 12**

**CMSI Manifest**

| | |
|---|---|
| **Date:** | **10/17/25** |
| **Time:** | **13:13:54** |
| **Number:** | **2006023** |

| DUNS No. / Article No. | Addressee Name / Delivery Address | Wt. oz. | ZIP/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| 9314800113000190719814 SEQ# 00000036 | PENNSYLVANIA ATTORNEY GENERAL<br>DAVE SUNDAY<br>16TH FLOOR, STRAWBERRY SQUARE<br>PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>HARRISBURG PA 17120- | 2.00 | 171 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719821 SEQ# 00000037 | RHODE ISLAND ATTORNEY GENERAL<br>PETER F. NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903-2907 | 2.00 | 029 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719838 SEQ# 00000038 | SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>PO BOX 11549<br>COLUMBIA SC 29211-1549 | 2.00 | 292 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719845 SEQ# 00000039 | SOUTH DAKOTA ATTORNEY GENERAL<br>MARTY JACKLEY<br>1302 E HIGHWAY 14 STE 1<br>PIERRE SD 57501-8501 | 2.00 | 575 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719852 SEQ# 00000040 | TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-4015 | 2.00 | 372 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |

| | Pieces | Postage | Certified | Return Receipt | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| **Page Totals** | 5 | $9.50 | $26.50 | $14.10 | $0.00 | $50.10 |
| **Cumulative Page Totals:** | 40 | $76.00 | $212.00 | $112.80 | $0.00 | $400.80 |
| **Manifest Totals:** | 54 | $102.60 | $286.20 | $152.28 | $0.00 | $541.08 |

**Total Number of Received:** 54

**USPS CERTIFICATION**

BUSH TERMINAL STA BROOKLYN NY 11232

**Signature of USPS Receiving Employee**

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2025 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

**Place Round Stamp Here**

**CMSI/PS FORM 3877**
**Flats 9 x 12**

**Mailer's Name and Address**
Kroll Settlement Administration
PO Box 225391
New York NY 10150-5391

**CMSI Manifest**

| | |
|---|---|
| **Date:** | **10/17/25** |
| **Time:** | **13:13:54** |
| **Number:** | **2006023** |

| DUNS No. Article No. | Addressee Name Delivery Address | Wt. oz. | ZIP/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| 9314800113000190719869 SEQ# 00000041 | TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 2.00 | 787 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719876 SEQ# 00000042 | UTAH ATTORNEY GENERAL<br>DEREK BROWN<br>STATE CAPITOL BUILDING BLDG 236<br>SALT LAKE CITY UT 84114- | 2.00 | 841 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719883 SEQ# 00000043 | Vermont Attorney General<br>Charity R. Clark<br>109 State St.<br>Montpelier VT 5609 | 2.00 | 560 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719890 SEQ# 00000044 | VIRGINIA ATTORNEY GENERAL<br>JASON MIYARES<br>202 N 9TH ST<br>RICHMOND VA 23219-3402 | 2.00 | 232 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719906 SEQ# 00000045 | WASHINGTON ATTORNEY GENERAL<br>NICK BROWN<br>P O BOX 40100<br>1125 WASHINGTON ST SE<br>OLYMPIA WA 98501-2283 | 2.00 | 985 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |

BUSH TERMINAL STA
BROOKLYN NY 1123

| | Pieces | Postage | Certified | Return Receipt | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| **Page Totals** | 5 | $9.50 | $26.50 | $14.10 | $0.00 | $50.10 |
| **Cumulative Page Totals:** | 45 | $85.50 | $238.50 | $126.90 | $0.00 | $450.90 |
| **Manifest Totals:** | 54 | $102.60 | $286.20 | $152.28 | $0.00 | $541.08 |

**Total Number of Received:** 54

**USPS CERTIFICATION**

**Signature of USPS Receiving Employee**

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2025 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

**Place Round Stamp Here**

**CMSI/PS FORM 3877**
**Flats 9 x 12**

**Mailer's Name and Address**
Kroll Settlement Administration
PO Box 225391
New York NY 10150-5391

**CMSI Manifest**

**Date:** 10/17/25
**Time:** 13:13:54
**Number:** 2006023

| DUNS No. Article No. | Addressee Name Delivery Address | Wt. oz. | ZIP/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| 9314800113000190719913 SEQ# 00000046 | WEST VIRGINIA ATTORNEY GENERAL<br>JOHN MCCUSKEY<br>STATE CAPITOL COMPLEX BUILDING 1,<br>1900 KANAWHA BLVD E RM E26<br>CHARLESTON WV 25305-0029 | 2.00 | 253 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719920 SEQ# 00000047 | WISCONSIN ATTORNEY GENERAL<br>JOSH KAUL<br>WISCONSIN DEPARTMENT OF JUSTICE STATE<br>CAPITOL, ROO<br>PO BOX 7857<br>MADISON WI 53707-7857 | 2.00 | 537 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719937 SEQ# 00000048 | WYOMING ATTORNEY GENERAL<br>RYAN SCHELHAAS<br>200 W 24TH STREET<br>109 STATE CAPITOL BLDG.<br>CHEYENNE WY 82002-0001 | 2.00 | 820 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719944 SEQ# 00000049 | GUAM ATTORNEY GENERAL<br>DOUGLAS MOYLAN<br>OFFICE OF THE ATTORNEY GENERAL ITC<br>BUILDING<br>590 S MARINE CORPS DR STE 706<br>TAMUNING GU 96913-3537 | 2.00 | 969 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719951 SEQ# 00000050 | American Samoa Attorney General<br>Fainu'ulelei Falefatu Ala'ilima-Utu<br>3rd FL, PO Box 7<br>Executive Office Building, Utulei<br>Utulei AS 96799 | 2.00 | 967 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |

BUSH TERMINAL STA
BROOKLYN NY 11232

| | Pieces | Postage | Certified | Return Receipt | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| **Page Totals** | 5 | $9.50 | $26.50 | $14.10 | $0.00 | $50.10 |
| **Cumulative Page Totals:** | 50 | $95.00 | $265.00 | $141.00 | $0.00 | $501.00 |
| **Manifest Totals:** | 54 | $102.60 | $286.20 | $152.28 | $0.00 | $541.08 |

**Total Number of Received:** 54

**USPS CERTIFICATION**

**Signature of USPS Receiving Employee**

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2025 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

**Place Round Stamp Here**

**CMSI/PS FORM 3877**
**Flats 9 x 12**

**Mailer's Name and Address**
Kroll Settlement Administration
PO Box 225391
New York NY 10150-5391

**CMSI Manifest**

| | |
|---|---|
| **Date:** | **10/17/25** |
| **Time:** | **13:13:54** |
| **Number:** | **2006023** |

| DUNS No. Article No. | Addressee Name Delivery Address | Wt. oz. | ZIP/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| 9314800113000190719968 SEQ# 00000051 | NORTHERN MARIANA ISLANDS ATTORNEY GENERAL<br>EDWARD E. MANIBUSAN<br>ADMINISTRATION BUILDING<br>PO BOX 10007<br>SAIPAN MP 96950-8907 | 2.00 | 969 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719975 SEQ# 00000052 | U.S. VIRGIN ISLANDS ATTORNEY GENERAL<br>GORDON C. RHEA<br>GERS BUILDING, 2ND FLOOR<br>3438 KRONPRINDSENS GADE<br>ST THOMAS VI 00802-5749 | 2.00 | 008 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719982 SEQ# 00000053 | PUERTO RICO ATTORNEY GENERAL<br>JANET PARRA-MERCADO<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 | 2.00 | 009 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |
| 9314800113000190719999 SEQ# 00000054 | THE ATTORNEY GENERAL OF THE UNITED STATES<br>PAMELA BONDI<br>U S DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0009 | 2.00 | 205 | 1C | 5.30 | 2.82 | 0.00 | 1.900 | 10.02 |

BUSH TERMINAL STA
BROOKLYN NY 11232
2025

| | Pieces | Postage | Certified | Return Receipt | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| **Page Totals** | 4 | **$7.60** | **$21.20** | **$11.28** | **$0.00** | **$40.08** |
| **Cumulative Page Totals:** | **54** | **$102.60** | **$286.20** | **$152.28** | **$0.00** | **$541.08** |
| **Manifest Totals:** | **54** | **$102.60** | **$286.20** | **$152.28** | **$0.00** | **$541.08** |

**Total Number of Received:** **54**

**USPS CERTIFICATION**

**Signature of USPS Receiving Employee**

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2025 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

**Place Round Stamp Here**